➥AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| Date | Signature |

Print Name | Bar Number

Address

City | State | Zip Code

Phone Number | Fax Number

1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Juan Carlos Araujo-Parra

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE CATHY ANN BENCIVENGO)**

11 UNITED STATES OF AMERICA,          )   Case No. 08MJ1475-02
                                      )
12            Plaintiff,               )
                                      )
13 v.                                  )   **CERTIFICATE OF SERVICE**
                                      )
14 JUAN CARLOS ARAUJO-PARRA,          )
                                      )
15            Defendant.              )
   _____    )

17    Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                         U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov;

20                         Oliver P. Cleary
            opcleary@pacbell.net, arleencastro@gmail.com;

21                       Wayne Charles Mayer
                        wcmayer@aol.com; and

22                       Stephen W. Peterson
                        swplaw@sbcglobal.net

24                                    Respectfully submitted,

26 DATED:      May 15, 2008            /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
27                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Juan Carlos Araujo-Parra