UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  08 CR 1631 JM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>BERNARDO PARRA-RUBIO (1),<br>JUAN CARLOS ARAUJO-PARRA (2),<br>MIGUEL GARCIA-BANUELOS (3),<br><br>          Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about May 10, 2008, within the Southern District of California, defendants BERNARDO PARRA-RUBIO, JUAN CARLOS ARAUJO-PARRA and MIGUEL GARCIA-BANUELOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Vasquez-Padilla, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

CEM:fer:San Diego
5/16/08

## Count 2

On or about May 10, 2008, within the Southern District of California, defendants BERNARDO PARRA-RUBIO, JUAN CARLOS ARAUJO-PARRA and MIGUEL GARCIA-BANUELOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Carlos Vasquez-Padilla, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## Count 3

On or about May 10, 2008, within the Southern District of California, defendants BERNARDO PARRA-RUBIO, JUAN CARLOS ARAUJO-PARRA and MIGUEL GARCIA-BANUELOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Vasquez-Padilla, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

<u>Count 4</u>

On or about May 10, 2008, within the Southern District of California, defendants BERNARDO PARRA-RUBIO, JUAN CARLOS ARAUJO-PARRA and MIGUEL GARCIA-BANUELOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Vasquez-Padilla, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

<u>Count 5</u>

On or about May 10, 2008, within the Southern District of California, defendants BERNARDO PARRA-RUBIO, JUAN CARLOS ARAUJO-PARRA and MIGUEL GARCIA-BANUELOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rafael Hernandez-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

<u>Count 6</u>

On or about May 10, 2008, within the Southern District of California, defendants BERNARDO PARRA-RUBIO, JUAN CARLOS ARAUJO-PARRA and MIGUEL GARCIA-BANUELOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rafael Hernandez-Morales, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By _____
CALEB E. MASON
    Assistant U.S. Attorney

4