STEPHEN W. PETERSON
Attorney at Law
California State Bar No. 048468
964 Fifth Avenue, Suite 214
San Diego, CA 92101-6036
Telephone: (619) 544-1446
Facsimile: (619) 544-1469

Attorney for Defendant
JUAN CARLOS ARAUJO-PARRA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CRIMINAL NO. 08CR1631-JM |
|                                       ) | |
| Plaintiff,                            ) | **DEFENDANT JUAN CARLOS** |
|                                       ) | **ARAUJO-PARRA'S NOTICE OF** |
|                                       ) | **JOINDER AND JOINDER IN** |
| v.                                    ) | **CODEFENDANT'S MOTION TO** |
|                                       ) | **COMPEL DISCOVERY AND** |
|                                       ) | **GRANT LEAVE TO FILE** |
| **JUAN CARLOS ARAUJO-PARRA**          ) | **FURTHER MOTIONS** |
|                                       ) | |
| Defendant.                            ) | Date: June 27, 2008 |
| _____ ) | Time: 2:00 p.m. |

    Defendant JUAN CARLOS ARAUJO-PARRA, by and through his attorney, Stephen W. Peterson, hereby moves the Court to allow him to join in co-defendant Miguel Garcia-Banuelos' motion to Compel Discovery and Grant Leave to File Further Motions, filed June 13, 2008 (Document 22).

    The defendant and his counsel believe that many of the discovery issues presented in this case are similar to all defendants, and therefore, it is appropriate to consider the motion for

//

//

discovery and legal memoranda filed by the co-defendant.

                                          Respectfully submitted,

                                          s/    Stephen W. Peterson

Dated: June 16, 2008            STEPHEN W. PETERSON
                                          Attorney for JUAN CARLOS ARAUJO-PARRA

                                            Certification of Service

I, Stephen W. Peterson, certify that on June 16, 2008, I electronically filed the defendant's Notice of Joinder and Joinder in Co-Defendant's Motion to Compel Discovery with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Dated: June 16, 2008           /s/  Stephen W. Peterson
                                     Stephen W. Peterson
                                     Declarant